**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Joseph R Manning Jr Esq SBN 223381<br>MANNING LAW APC<br>20062 SW Birch St #200<br>Newport Beach, CA 92660<br>　　　TELEPHONE NO.: 949-200-8755　　FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>　　ATTORNEY FOR *(Name):* Plaintiff Anthony Bouver, an individual | **FOR COURT USE ONLY** |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles<br>　STREET ADDRESS: 350 W 1st Street<br>　MAILING ADDRESS: same<br>　CITY AND ZIP CODE: Los Angeles CA 90012<br>　BRANCH NAME: Western Division | |
| PLAINTIFF/PETITIONER: Anthony Bouver, an individual<br>DEFENDANT/RESPONDENT: Tarzana Investment LLC a California limited liability company et al | **CASE NUMBER:**<br>2:20 cv 02193 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* Certification and Notice of Interested Parties, Notice of Assignment, Notice to Parties of Court Directed ADR Program.
3. a. Party served *(specify name of party as shown on documents served):*
   
   Tarzana Investment LLC a California limited liability company
   
   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   Alan K Abrams/ Agent for Service
4. Address where the party was served:
   1875 Century Park East Ste 1750 Century City, CA 90067
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*　　　　(2) at *(time):*
   b. [✓] **by substituted service.** On *(date):* 3/16/2020　　at *(time):* 2:09 PM　I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   Karina Maron - person on charge authorized to accept
   
   　(1) [✓] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   　(2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   　(3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   　(4) [✓] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 3-17-20　from *(city):* Anaheim CA　or [ ] a declaration of mailing is attached.
   　(5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Page 1 of 2<br>Code of Civil Procedure, § 417.10 |

| | |
|---|---|
| PLAINTIFF/PETITIONER: Anthony Bouver, an individual | CASE NUMBER |
| DEFENDANT/RESPONDENT: Tarzana Investment LLC a California limited liability company et al | 2:20 cv 02193 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                                              (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify)*: Tarzana Investment LLC a California limited liability company
      under the following Code of Civil Procedure section:
        ☐ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)           ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
        ☐ 416.50 (public entity)                     ☐ 415.46 (occupant)
                                                     ☑ other: 17061 zip code LLC

7. **Person who served papers**
   a. Name: Adriana M Achucarro
   b. Address: 2390 E Orangewood Ave #530, Anaheim, CA 92806
   c. Telephone number: 949-305-9108
   d. **The fee** for service was: $ 69
   e. I am:
     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☑ a registered California process server:
        (i) ☐ owner ☐ employee ☑ independent contractor.
        (ii) Registration No.: 2898
        (iii) County: Orange

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 3/23/2020

Adriana M Achucarro
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     ▶     *(signature)*

POS-010 [Rev. January 1, 2007]         **PROOF OF SERVICE OF SUMMONS**         Page 2 of 2