UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:20-cv-02193-ODW (MAAx) | Date | April 30, 2021 |
|---|---|---|---|
| Title | *Anthony Bouyer v. Tarzana Investment, LLC et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

On April 30, 2021, Plaintiff Anthony Bouyer filed a stipulation, jointly with "Defendant," for leave to file a First Amended Complaint. (Stip., ECF No. 48.) Although there are presently two Defendants identified in this action, Tarzana Investment, LLC and James Ventures, LLC, the stipulation identifies only "Defendant," and does not specify which "Defendant" joins in the stipulation or whether the other Defendant objects. (*See* Compl., ECF No. 1; Stip. ¶ D.) Additionally, Bouyer seeks leave to amend "to add the [newly-discovered] tenant, Tarzana 748 Inc." as a Defendant. (Stip. ¶ C.) However, the proposed First Amended Complaint does more than add Tarzana 748 Inc.; it also reasserts a claim for violation of the California Unruh Civil Rights Act, a claim over which this Court previously declined to exercise supplemental jurisdiction and dismissed. (*See* Stip. Ex. 1; Order Declining Suppl. Jurisdiction, ECF No. 22.) For these reasons, the parties' Joint Stipulation to File First Amended Complaint is **DENIED** without prejudice.

  **IT IS SO ORDERED.**

  : 00

Initials of Preparer  SE