# NO SHOWING OF GOOD CAUSE

# <span style="color:red">DENIED</span>

# BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>       Plaintiff,<br><br>v.<br><br>TARZANA INVESTMENT, LLC, a California limited liability company; JAMES VENTURES, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>       Defendants. | Case No.: 2:20-cv-02193-ODW-MAA<br><br>ORDER DENYING THE JOINT STIPULATION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT |

**[PROPOSED] ORDER**

1

## ORDER

**IT IS HEREBY ORDERED THAT:**

1. PLAINTIFF and DEFENDANTS TARZANA INVESTMENT, LLC's, and JAMES VENTURES, LLC's stipulation to file a First Amended Complaint is GRANTED.
2. PLAINTIFF may file his First Amended Complaint within seven (7) days of this order.
3. Upon the filing of the First Amended Complaint, service of the First Amended Complaint will be deemed effectuated upon Defendant.
4. Upon the filing of the First Amended Complaint, DEFENDANT'S Answer shall be due within twenty (20) days.

Dated: _June 22, 2021

**DENIED**

_____BY ORDER OF THE COURT_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE